## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rock Home, LLC** |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-1661105** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**2616 Carter Avenue**
**Nashville, TN 37206-1346**
Number, Street, City, State & ZIP Code

**Davidson**
County

**Mailing address, if different from principal place of business**

**PO Box 68256**
**Nashville, TN 37206**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**Stewarts Lane Nashville, TN 37216**
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

 ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

 ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency
            Contact name
            Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 3:25-bk-01934    Doc 1    Filed 05/07/25    Entered 05/07/25 10:44:20    Desc Main
Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy
                                    Document      Page 3 of 12                                    page 3

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Rock Home, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 7, 2025**
MM / DD / YYYY

**X** **/s/ Michael Matthews**                    **Michael Matthews**
Signature of authorized representative of debtor          Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Denis Graham "Gray" Waldron**        Date **May 7, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Denis Graham "Gray" Waldron**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone  **629 777 6519**    Email address  **gray@dhnashville.com**

**030391 TN**
Bar number and State

| | |
|---|---|
| Debtor name | **Rock Home, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim _If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim._ | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **31-W Insulation 7434 Cycle Lane Goodlettsville, TN 37072** | | | | | | **$23,268.85** |
| **84 Lumber Company PO Box 365 Eighty Four, PA 15330** | | | | | | **$27,872.92** |
| **B&M Insulation 2335 Southpark Drive Murfreesboro, TN 37128** | | | | | | **$5,756.79** |
| **B.A. Roofing & Construction LLC 417 3rd Ave SW, Suite 275 Cullman, AL 35055** | | | | | | **$12,588.00** |
| **Builder's First Source 6031 Connection Drive Irving, TX 75039** | | | | | | **$97,772.00** |
| **Dal-Tile 7834 C F Hawn Fwy Dallas, TX 75217** | | | | | | **$8,100.43** |
| **Dycus Electric & HVAC 1104 Richmond Drive Nashville, TN 37216** | | | | | | **$111,530.00** |
| **Hickory Hardscapes 12740 Kingston Pike, Ste 104 Knoxville, TN 37934** | | | | | | **$56,200.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | | **Stated amounts is inclusive of penalties; priority amount unknown** | | | | **Unknown** |
| **Jeffco Flooring & Supply 831 Fesslers Pkwy Nashville, TN 37210** | | | | | | **$23,476.52** |
| **Lansing Building Products 2811 Brick Church Pike Nashville, TN 37207** | | | | | | **$26,233.25** |
| **Masters Painting Touch, LLC 9051 Executive Drive Knoxville, TN 37923** | | | | | | **$26,474.00** |
| **Middle Tennessee Granite 134 Space Park S Drive Nashville, TN 37211** | | | | | | **$20,389.98** |
| **Moseley Asphalt Paving 1881 Long Hollow Pike Gallatin, TN 37066** | | | | | | **$8,500.00** |
| **Nashville Fireplace 2140 Edward Curd Lane Franklin, TN 37067** | | | | | | **$5,780.00** |
| **SafeGuard Fence & Deck 1715-K S. Rutherford Blvd, #304 Murfreesboro, TN 37130** | | | | | | **$6,149.60** |
| **Sanchez Construction 2018 Milky Way Murfreesboro, TN 37129** | | | | | | **$25,087.50** |
| **TCI Contracting of Nashville 309 Driftwood Street Nashville, TN 37210** | | | | | | **$4,872.00** |
| **Tru-Vista 124 Factory St Gallatin, TN 37066** | | | | | | **$15,778.76** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Valley Interior Products 350 Hermitage Ave Nashville, TN 37210** | | | | | | **$28,454.63** |

ROCK HOME, LLC
PO BOX 68256
NASHVILLE TN 37206

DENIS GRAHAM "GRAY" WALDRON
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

31-W INSULATION
7434 CYCLE LANE
GOODLETTSVILLE TN 37072

84 LUMBER COMPANY
PO BOX 365
EIGHTY FOUR PA 15330

ABSOLUTE PEST CONTROL
1084 COURIER PLACE, STE 702
SMYRNA TN 37167

AIR TIGHT RESOURCES OF TN
911 WODDMONT BLVD.,
NASHVILLE TN 37204

ALLEY-CASSETTY BRICK & STONE
2 OLDHAM ST
NASHVILLE TN 37213

B&M INSULATION
2335 SOUTHPARK DRIVE
MURFREESBORO TN 37128

B.A. ROOFING & CONSTRUCTION LLC
417 3RD AVE SW, SUITE 275
CULLMAN AL 35055

BUILDER'S FIRST SOURCE
6031 CONNECTION DRIVE
IRVING TX 75039

DAL-TILE
7834 C F HAWN FWY
DALLAS TX 75217

DAVIDSON CO. CHANCERY CT. CLERK & MASTER
1 PUBLIC SQUARE, SUITE 308
NASHVILLE TN 37201

DAVIDSON COUNTY TRUSTEE
PO BOX 196358
NASHVILLE TN 37219

DYCUS ELECTRIC & HVAC
1104 RICHMOND DRIVE
NASHVILLE TN 37216

FUSION SITE
PO BOX 306568
NASHVILLE TN 37230

GREENWISE TECHNOLOGIES, LLC
1500 MEDICAL CENTER PARKWAY, SUITE 2A
MURFREESBORO TN 37129

HERITAGE BANK & TRUST
217 SOUTH JAMES CAMPBELL BOULEVARD
COLUMBIA TN 38401

HICKORY HARDSCAPES
12740 KINGSTON PIKE, STE 104
KNOXVILLE TN 37934

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101

J & A DISPOSAL
3262C TN-76
COTTONTOWN TN 37048

JEFFCO FLOORING & SUPPLY
831 FESSLERS PKWY
NASHVILLE TN 37210

LANSING BUILDING PRODUCTS
2811 BRICK CHURCH PIKE
NASHVILLE TN 37207

MASTERS PAINTING TOUCH, LLC
9051 EXECUTIVE DRIVE
KNOXVILLE TN 37923

MIDDLE TENNESSEE GRANITE
134 SPACE PARK S DRIVE
NASHVILLE TN 37211

MOSELEY ASPHALT PAVING
1881 LONG HOLLOW PIKE
GALLATIN TN 37066

NASHVILLE FIREPLACE
2140 EDWARD CURD LANE
FRANKLIN TN 37067

SAFEGUARD FENCE & DECK
1715-K S. RUTHERFORD BLVD, #304
MURFREESBORO TN 37130

```
SANCHEZ CONSTRUCTION
2018 MILKY WAY
MURFREESBORO TN 37129

TCI CONTRACTING OF NASHVILLE
309 DRIFTWOOD STREET
NASHVILLE TN 37210

TRU-VISTA
124 FACTORY ST
GALLATIN TN 37066

VALLEY INTERIOR PRODUCTS
350 HERMITAGE AVE
NASHVILLE TN 37210
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Rock Home, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Rock Home, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  7, 2025**

Date

**/s/ Denis Graham "Gray" Waldron**

**Denis Graham "Gray" Waldron**

Signature of Attorney or Litigant

Counsel for   **Rock Home, LLC**

**Dunham Hildebrand Payne Waldron, PLLC**

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6519 Fax:615 777 3765**
**gray@dhnashville.com**