Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2025**      X **/s/ Michael Matthews**
                                    Signature of individual signing on behalf of debtor

                                    **Michael Matthews**
                                    Printed name

                                    **Member**
                                    Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Rock Home, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | **3:25-bk-01934** |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **183 Leopard LLC 2901 Fitzroy Place, Apt 406 Rogers, AR 72758** | | | | | | **$16,595.83** |
| **31-W Insulation 7434 Cycle Lane Goodlettsville, TN 37072** | | | | | | **$23,268.85** |
| **84 Lumber Company PO Box 365 Eighty Four, PA 15330** | | | **Contingent Disputed** | | | **$27,872.92** |
| **B&M Insulation 2335 Southpark Drive Murfreesboro, TN 37128** | | | | | | **$5,756.79** |
| **B.A. Roofing & Construction LLC 417 3rd Ave SW, Suite 275 Cullman, AL 35055** | | | | | | **$12,588.00** |
| **CANR Construction LLC 455 Franklin Road Franklin, TN 37069** | | | | | | **$18,475.35** |
| **Dal-Tile 7834 C F Hawn Fwy Dallas, TX 75217** | | | | | | **$8,100.43** |
| **Dycus Electric & HVAC 1104 Richmond Drive Nashville, TN 37216** | | | | | | **$111,530.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hickory Hardscapes 12740 Kingston Pike, Ste 104 Knoxville, TN 37934** | | | **Contingent Disputed** | | | **$56,200.00** |
| **Jeffco Flooring & Supply 831 Fesslers Pkwy Nashville, TN 37210** | | | | | | **$23,476.52** |
| **Lansing Building Products 2811 Brick Church Pike Nashville, TN 37207** | | | | | | **$26,233.25** |
| **Masters Painting Touch, LLC 9051 Executive Drive Knoxville, TN 37923** | | | **Contingent Disputed** | | | **$26,474.00** |
| **Middle Tennessee Granite 134 Space Park S Drive Nashville, TN 37211** | | | | | | **$20,389.98** |
| **Moseley Asphalt Paving 1881 Long Hollow Pike Gallatin, TN 37066** | | | | | | **$8,500.00** |
| **Nashville Fireplace 2140 Edward Curd Lane Franklin, TN 37067** | | | | | | **$5,780.00** |
| **SafeGuard Fence & Deck 1715-K S. Rutherford Blvd, #304 Murfreesboro, TN 37130** | | | | | | **$6,149.60** |
| **Sanchez Construction 2018 Milky Way Murfreesboro, TN 37129** | | | | | | **$25,087.50** |
| **Tru-Vista 124 Factory St Gallatin, TN 37066** | | | | | | **$15,778.76** |
| **U.S. Small Business Administration 2 International Plaza Nashville, TN 37217** | | UCC Doc. No. 432782154 - loan number: 8614227906. charged off | | **$35,200.00** | **$0.00** | **$35,200.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Valley Interior Products 350 Hermitage Ave Nashville, TN 37210** | | | | | | $28,454.63 |

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................   $     **1,300,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................   $     **957.10**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................   $     **1,300,957.10**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     **1,314,340.50**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     **1,395.72**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$     **482,201.59**

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b        $     **1,797,937.81**

| | |
|---|---|
| Debtor name | **Rock Home, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | **3:25-bk-01934** |

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank** | **Checking** | **9137** | $227.18 |
| 3.2. | **FirstBank** | **Checking** | **4130** | $229.92 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $457.10 |
|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2008 Nissan Frontier VIN: 1N6AD06U38C404209** | $0.00 | | $500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 51. | **Total of Part 8.** | $500.00 |
|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **8 lots located at 1519 E Stewarts Lane, Nashville, TN 37216** | Fee Simple | $0.00 | Appraisal | $1,300,000.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$1,300,000.00** |

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $457.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $1,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $957.10 | + 91b. $1,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,300,957.10 |

Debtor name  **Rock Home, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  **3:25-bk-01934**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **Builder's First Source** | | **$109,045.00** | **$1,300,000.00** |
|---|---|---|---|---|

Creditor's Name

**6031 Connection Drive**
**Irving, TX 75039**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**8/6/2024**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Davidson County Trustee**
**2. Heritage Bank & Trust**
**3. Builder's First Source**

Describe debtor's property that is subject to a lien
**8 lots located at 1519 E Stewarts Lane, Nashville, TN 37216**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Davidson County Trustee** | | **$15,080.00** | **$1,300,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 196358**
**Nashville, TN 37219**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**8 lots located at 1519 E Stewarts Lane, Nashville, TN 37216**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Heritage Bank & Trust** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $1,155,015.50 |  $1,300,000.00 |

**217 South James Campbell Boulevard**
**Columbia, TN 38401**
Creditor's mailing address

**8 lots located at 1519 E Stewarts Lane, Nashville, TN 37216**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **U.S. Small Business Administration** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $35,200.00 | $0.00 |

**2 International Plaza**
**Nashville, TN 37217**
Creditor's mailing address

**UCC Doc. No. 432782154 - loan number: 8614227906. charged off**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $1,314,340.50 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line __2.4__ | |
| **Small Business Administration**<br>**2 North 20th Street, Suite 320**<br>**Birmingham, AL 35203** | Line __2.4__ | |
| **Timothy H Nichols, Esq.**<br>**1614 19th Ave S**<br>**Nashville, TN 37212** | Line __2.1__ | |
| **United States Attorney General**<br>**ATTN: Pamela Bondi, Esq.**<br>**Dept of Justice, 950 Pennsylvania Avenue**<br>**Washington, DC 20530** | Line __2.4__ | |
| **Wolaver & Carter**<br>**c/o T. Jake Wolaver**<br>**809 South Main Street, Suite 100**<br>**Columbia, TN 38401** | Line __2.3__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

Debtor name **Rock Home, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:25-bk-01934**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **Unknown** |

**2.1**

Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice only**

Is the claim subject to offset?
■ No
☐ Yes

**Total claim** **$0.00**    **Priority amount** **Unknown**

---

**2.2**

Priority creditor's name and mailing address
**TN Department of Revenue**
**500 Deaderick Street**
**Nashville, TN 37242**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2023 F&E Taxes**

Is the claim subject to offset?
■ No
☐ Yes

**Total claim** **$1,395.72**    **Priority amount** **$1,395.72**

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

53196

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,595.83 |
|---|---|---|---|

**183 Leopard LLC**
**2901 Fitzroy Place, Apt 406**
**Rogers, AR 72758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,268.85 |
|---|---|---|---|

**31-W Insulation**
**7434 Cycle Lane**
**Goodlettsville, TN 37072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,872.92 |
|---|---|---|---|

**84 Lumber Company**
**PO Box 365**
**Eighty Four, PA 15330**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525.00 |
|---|---|---|---|

**Absolute Pest Control**
**1084 Courier Place, Ste 702**
**Smyrna, TN 37167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**Air Tight Resources of TN**
**911 Woddmont Blvd.,**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $427.47 |
|---|---|---|---|

**Alley-Cassetty Brick & Stone**
**2 Oldham St**
**Nashville, TN 37213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,756.79 |
|---|---|---|---|

**B&M Insulation**
**2335 Southpark Drive**
**Murfreesboro, TN 37128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,588.00 |
|---|---|---|---|

**B.A. Roofing & Construction LLC**
417 3rd Ave SW, Suite 275
Cullman, AL 35055

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Henry**
1515 E Stewarts Lane
Nashville, TN 37219

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty related claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,475.35 |
|---|---|---|---|

**CANR Construction LLC**
455 Franklin Road
Franklin, TN 37069

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,100.43 |
|---|---|---|---|

**Dal-Tile**
7834 C F Hawn Fwy
Dallas, TX 75217

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $572.50 |
|---|---|---|---|

**Davidson Co. Chancery Ct. Clerk & Master**
1 Public Square, Suite 308
Nashville, TN 37201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Case No. 24-0138-IV__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111,530.00 |
|---|---|---|---|

**Dycus Electric & HVAC**
1104 Richmond Drive
Nashville, TN 37216

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $790.57 |
|---|---|---|---|

**Fusion Site**
PO Box 306568
Nashville, TN 37230

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
| --- | --- | --- | --- |
| | **Greenwise Technologies, LLC**<br>**1500 Medical Center Parkway, Suite 2A**<br>**Murfreesboro, TN 37129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,200.00 |
| --- | --- | --- | --- |
| | **Hickory Hardscapes**<br>**12740 Kingston Pike, Ste 104**<br>**Knoxville, TN 37934** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,860.00 |
| --- | --- | --- | --- |
| | **J & A Disposal**<br>**3262C TN-76**<br>**Cottontown, TN 37048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,476.52 |
| --- | --- | --- | --- |
| | **Jeffco Flooring & Supply**<br>**831 Fesslers Pkwy**<br>**Nashville, TN 37210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |
| | **Joe Schlesinger & Kayla DeCriscio**<br>**1644 Northview Ave**<br>**Nashville, TN 37216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Potential warranty related claim</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,233.25 |
| --- | --- | --- | --- |
| | **Lansing Building Products**<br>**2811 Brick Church Pike**<br>**Nashville, TN 37207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,474.00 |
| --- | --- | --- | --- |
| | **Masters Painting Touch, LLC**<br>**9051 Executive Drive**<br>**Knoxville, TN 37923** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.76 |
|---|---|---|---|

**Metro Water**
**1700 3rd Avenue North**
**Nashville, TN 37208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,389.98 |
|---|---|---|---|

**Middle Tennessee Granite**
**134 Space Park S Drive**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|---|

**Moseley Asphalt Paving**
**1881 Long Hollow Pike**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**Nashville Electric Service**
**1214 Church Street**
**Nashville, TN 37246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,780.00 |
|---|---|---|---|

**Nashville Fireplace**
**2140 Edward Curd Lane**
**Franklin, TN 37067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,869.88 |
|---|---|---|---|

**Piedmont Natural Gas**
**PO Box 33068**
**Charlotte, NC 28233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,149.60 |
|---|---|---|---|

**SafeGuard Fence & Deck**
**1715-K S. Rutherford Blvd, #304**
**Murfreesboro, TN 37130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,087.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
|      | **Sanchez Construction**<br>**2018 Milky Way**<br>**Murfreesboro, TN 37129** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred _ | Basis for the claim: _ | |
|      | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,872.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
|      | **TCI Contracting of Nashville**<br>**309 Driftwood Street**<br>**Nashville, TN 37210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred _ | Basis for the claim: _ | |
|      | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,778.76 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
|      | **Tru-Vista**<br>**124 Factory St**<br>**Gallatin, TN 37066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred _ | Basis for the claim: _ | |
|      | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,454.63 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
|      | **Valley Interior Products**<br>**350 Hermitage Ave**<br>**Nashville, TN 37210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|      | Date(s) debt was incurred _ | Basis for the claim: _ | |
|      | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|----------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Buffaloe & Vallejo, PLC**<br>**Joel A. Vallejo**<br>**723 S. Main Street**<br>**Springfield, TN 37172** | Line **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David O. Huff, Esq**<br>**1222 16th Ave S Ste 301**<br>**Nashville, TN 37212** | Line **3.30**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **David Westbrook Doss, Jr.**<br>**121 N. School Ave, Suite 10**<br>**Fayetteville, AR 72701** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Mendelson Law Firm**<br>**c/o Paul Mendelson**<br>**799 Estate Place**<br>**Memphis, TN 38120** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Rock Home, LLC | Case number (if known) | 3:25-bk-01934 |
|---|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **SoBro Law Group**<br>**c/o Adam LaFevor**<br>**101 Lea Avenue**<br>**Nashville, TN 37210** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **SoBro Law Group**<br>**c/o Adam LaFevor**<br>**101 Lea Avenue**<br>**Nashville, TN 37210** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Thomas McFarland**<br>**150 Third Avenue South, Suite 1700**<br>**Nashville, TN 37201** | Line **3.18**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,395.72 |
| **5b. Total claims from Part 2** | 5b. + | $ 482,201.59 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 483,597.31 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Purchase and sale agreement for property located at 1519 E Stewarts Lane, Nashville, TN 37216, Lot #2** | |
| State the term remaining<br><br>List the contract number of any government contract | **Aaron Coughlin and Hanna Atchley<br>1519 E Stewarts Lane<br>Nashville, TN 37216** |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 1 of 1

Fill in this information to identify the case:

Debtor name    **Rock Home, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:25-bk-01934**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Deborah Matthews** | **2616 Carter Ave Nashville, TN 37206** | **Sanchez Construction** | ☐ D ____<br>■ E/F __3.29__<br>☐ G ____ |
| 2.2 | **Deborah Matthews** | **2616 Carter Ave Nashville, TN 37206** | **Dal-Tile** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |
| 2.3 | **Michael Matthews** | **2616 Carter Ave Nashville, TN 37206** | **Builder's First Source** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Michael Matthews** | **2616 Carter Ave Nashville, TN 37206** | **Sanchez Construction** | ☐ D ____<br>■ E/F __3.29__<br>☐ G ____ |
| 2.5 | **Michael Matthews** | **2616 Carter Ave Nashville, TN 37206** | **Dal-Tile** | ☐ D ____<br>■ E/F __3.11__<br>☐ G ____ |

| Debtor | **Rock Home, LLC** | Case number *(if known)* | **3:25-bk-01934** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Michael Matthews | 2616 Carter Ave Nashville, TN 37206 | Jeffco Flooring & Supply | ☐ D _____ ☑ E/F __3.18__ ☐ G _____ |
| 2.7 | Michael Matthews | 2616 Carter Ave Nashville, TN 37206 | Lansing Building Products | ☐ D _____ ☑ E/F __3.20__ ☐ G _____ |
| 2.8 | Michael Matthews | 2616 Carter Ave Nashville, TN 37206 | Heritage Bank & Trust | ☑ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.9 | Miklar, LLC | 1411 Boscobel St Nashville, TN 37206 | Builder's First Source | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,545,432.42** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$886,089.00** |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Deborah Matthews 2616 Carter Ave Nashville, TN 37206 Member** | **May 2024-April 2025** | **$29,382.00** | **Insider uses personal credit cards (Chase and Synchrony) for Debtor's business expenses. Debtor paid the credit cards directly for these expenses.** |
| 4.2. **Michael Matthews 2616 Carter Ave Nashville, TN 37206 Member** | **May 2024-April 2025** | **$37,066.00** | **Insider uses personal credit cards (Chase, First Citizens, US Bank) for Debtor's business expenses. Debtor paid the credit cards directly for these expenses.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Sanchez Construction, LLC v. Deborah Matthews, Michael Matthews, and Rock Home, LLC 25-0556-III** | **Civil** | **Davidson Co. Chancery Court 1 Public Square Nashville, TN 37201** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Builder's FirstSource-Southeast Group, LLC v. Rock Home, LLC, et al. 24-0138-IV** | **Civil** | **Davidson Co. Chancery Court 1 Public Square Nashville, TN 37201** | ☐ Pending ☐ On appeal ■ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. **TCI Contracting, LLC v. Rock Home, LLC**<br>**24GC6765** | **Civil** | **Metropolitan General Sessions Court**<br>**of Davidson County, TN**<br>**A.A. Birch Building, 408 2nd Ave N**<br>**Nashville, TN 37201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **Dal-Tile Distribution, Inc. v. Rock Home LLC, et al.**<br>**24GC17989** | **Civil** | **Metropolitan General Sessions Court**<br>**of Davidson County, TN**<br>**A.A. Birch Building, 408 2nd Ave N**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **Jeffco Flooring & Supply, Inc. v. Rock Home, LLC, et al.**<br>**25GC1508** | **Civil** | **Metropolitan General Sessions Court**<br>**of Davidson County, TN**<br>**A.A. Birch Building, 408 2nd Ave N**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. **Lansing Building Products v. Rock Home LLC, et al.**<br>**25GC2237** | **Civil** | **Metropolitan General Sessions Court**<br>**of Davidson County, TN**<br>**A.A. Birch Building, 408 2nd Ave N**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Metropolitan Government of Nashville and Davidson County v. Deliquent Tax Payers - Rock Home, LLC**<br>**24-0388-I** | **Civil** | **Davidson Co. Chancery Court**<br>**1 Public Square**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **183 Leopard, LLC v. Rock Home, LLC**<br>**04CV-24-3764** | **Civil** | **Circuit Court of Benton County, Arkansas**<br>**102 NE A St #203**<br>**Bentonville, AR 72712** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Dunham Hildebrand Payne Waldron, PLLC**<br>**9020 Overlook Blvd., Suite 316**<br>**Brentwood, TN 37027** | | **5/7/2025** | **$12,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**Michael Matthews** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Heritage Bank & Trust 217 South James Campbell Boulevard Columbia, TN 38401** | **XXXX-0559** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/28/2025 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **CubeSmart**<br>**351 Murfreesboro Pike**<br>**Antioch, TN 37013** | **Michael Matthews,**<br>**Deborah Matthews, Julia**<br>**Matthews - 2616 Carter**<br>**Ave, Nashville, TN 37206** | **Furniture and decor for**<br>**staging homes for sale** | ☐ No<br>■ Yes |

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Kendra S. Bucciarelli**<br>**Doeren Mayhew Advisors, LLC**<br>**5110 Maryland Way**<br>**Brentwood, TN 37027** | **May 2023-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Matthews** | **2616 Carter Ave**<br>**Nashville, TN 37206** | **Member** | **99** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Deborah Matthews** | **2616 Carter Ave**<br>**Nashville, TN 37206** | **Member** | **1** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Matthews**<br>**2616 Carter Ave**<br>**Nashville, TN 37206** | **$154,592.94** | **May 2024-May 2025** | **Member distributions and payment of Insider's First Bank commerical LOC x1042** |
| | Relationship to debtor<br>**Member** | | | |
| 30.2. | **Julia Matthews**<br>**PO Box 68256**<br>**Nashville, TN 37206** | **$18,700.00** | **May 2024-May 2025** | **Accounting services** |
| | Relationship to debtor<br>**Members' daughter** | | | |
| 30.3. | **New Level, LLC**<br>**PO Box 68256**<br>**Nashville, TN 37206** | **$3,600.00** | **7/26/24; 10/30/24; 1/8/25; 3/3/25; 3/10/25** | **Distribution** |
| | Relationship to debtor<br>**Affiliate** | | | |
| 30.4. | **Miklar, LLC**<br>**1411 Boscobel St**<br>**Nashville, TN 37206** | **$22,868.69** | **12/10/24; 3/4/25** | **Payment of Insider's Heritage Bank construction loans on E Stewarts Lane properties (x463, x466, x469). Insider transferred $63,000.00 to Debtor in July/August 2024.** |
| | Relationship to debtor<br>**Affiliate** | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Case 3:25-bk-01934    Doc 13    Filed 05/21/25    Entered 05/21/25 19:11:56    Desc Main
Document    Page 30 of 39

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **95 Glenrose, LLC** **PO Box 68256** **Nashville, TN 37206** | **$8,293.67** | **5/31/24; 10/30/24** | **Distribution** |
| | **Relationship to debtor** **Affiliate** | | | |
| 30.6. | **Dwell Nash, LLC** **PO Box 68256** **Nashville, TN 37206** | **$7,800.00** | **July-December 2024; March 25, 2025** | **Distribution** |
| | **Relationship to debtor** **Affiliate** | | | |
| 30.7. | **Homestead Group, LLC** **PO Box 68256** **Nashville, TN 37206** | **$18,100.00** | **5/16/24; 6/11/24; 11/26/24; 5/7/25** | **Distribution, insider transferred $500.00 to Debtor on 1/8/2025.** |
| | **Relationship to debtor** **Affiliate** | | | |
| 30.8. | **Boscobel Brothers, LLC** **PO Box 68256** **Nashville, TN 37206** | **$86,938.68** | **5/9/24; 5/15/24; 7/8/24; 8/6/24; 11/20/24; 2/25/25; 3/20/25** | **Debtor paid Insider's First Bank commercial loan x2848. Insider transferred $70,000.00 to Debtor in July 2024.** |
| | **Relationship to debtor** **Affiliate** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 21, 2025**

**/s/ Michael Matthews**                                    **Michael Matthews**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Rock Home, LLC**            Case No.    **3:25-bk-01934**

                    Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Deborah Matthews**<br>**PO Box 68256**<br>**Nashville, TN 37206** | | | **1% membership interest** |
| **Michael Matthews**<br>**PO Box 68256**<br>**Nashville, TN 37206** | | | **99% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 21, 2025**           Signature    **/s/ Michael Matthews**

                                                     **Michael Matthews**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Tennessee**

In re   **Rock Home, LLC**                                         Case No.   **3:25-bk-01934**

                                                   Debtor(s)         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 21, 2025**                         **/s/ Michael Matthews**

                                                 **Michael Matthews**/**Member**
                                                 Signer/Title

ROCK HOME, LLC
PO BOX 68256
NASHVILLE TN 37206

DENIS GRAHAM "GRAY" WALDRON
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

183 LEOPARD LLC
2901 FITZROY PLACE, APT 406
ROGERS AR 72758

31-W INSULATION
7434 CYCLE LANE
GOODLETTSVILLE TN 37072

84 LUMBER COMPANY
PO BOX 365
EIGHTY FOUR PA 15330

AARON COUGHLIN AND HANNA ATCHLEY
1519 E STEWARTS LANE
NASHVILLE TN 37216

ABSOLUTE PEST CONTROL
1084 COURIER PLACE, STE 702
SMYRNA TN 37167

AIR TIGHT RESOURCES OF TN
911 WODDMONT BLVD.,
NASHVILLE TN 37204

ALLEY-CASSETTY BRICK & STONE
2 OLDHAM ST
NASHVILLE TN 37213

B&M INSULATION
2335 SOUTHPARK DRIVE
MURFREESBORO TN 37128

B.A. ROOFING & CONSTRUCTION LLC
417 3RD AVE SW, SUITE 275
CULLMAN AL 35055

BUFFALOE & VALLEJO, PLC
JOEL A. VALLEJO
723 S. MAIN STREET
SPRINGFIELD TN 37172

BUILDER'S FIRST SOURCE
6031 CONNECTION DRIVE
IRVING TX 75039

CAMERON HENRY
1515 E STEWARTS LANE
NASHVILLE TN 37219

CANR CONSTRUCTION LLC
455 FRANKLIN ROAD
FRANKLIN TN 37069

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

DAL-TILE
7834 C F HAWN FWY
DALLAS TX 75217

DAVID O. HUFF, ESQ
1222 16TH AVE S STE 301
NASHVILLE TN 37212

DAVID WESTBROOK DOSS, JR.
121 N. SCHOOL AVE, SUITE 10
FAYETTEVILLE AR 72701

DAVIDSON CO. CHANCERY CT. CLERK & MASTER
1 PUBLIC SQUARE, SUITE 308
NASHVILLE TN 37201

DAVIDSON COUNTY TRUSTEE
PO BOX 196358
NASHVILLE TN 37219

DEBORAH MATTHEWS
2616 CARTER AVE
NASHVILLE TN 37206

DYCUS ELECTRIC & HVAC
1104 RICHMOND DRIVE
NASHVILLE TN 37216

FUSION SITE
PO BOX 306568
NASHVILLE TN 37230

GREENWISE TECHNOLOGIES, LLC
1500 MEDICAL CENTER PARKWAY, SUITE 2A
MURFREESBORO TN 37129

HERITAGE BANK & TRUST
217 SOUTH JAMES CAMPBELL BOULEVARD
COLUMBIA TN 38401

HICKORY HARDSCAPES
12740 KINGSTON PIKE, STE 104
KNOXVILLE TN 37934

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101

J & A DISPOSAL
3262C TN-76
COTTONTOWN TN 37048

JEFFCO FLOORING & SUPPLY
831 FESSLERS PKWY
NASHVILLE TN 37210

JOE SCHLESINGER & KAYLA DECRISCIO
1644 NORTHVIEW AVE
NASHVILLE TN 37216

LANSING BUILDING PRODUCTS
2811 BRICK CHURCH PIKE
NASHVILLE TN 37207

MASTERS PAINTING TOUCH, LLC
9051 EXECUTIVE DRIVE
KNOXVILLE TN 37923

MENDELSON LAW FIRM
C/O PAUL MENDELSON
799 ESTATE PLACE
MEMPHIS TN 38120

METRO WATER
1700 3RD AVENUE NORTH
NASHVILLE TN 37208

MICHAEL MATTHEWS
2616 CARTER AVE
NASHVILLE TN 37206

MIDDLE TENNESSEE GRANITE
134 SPACE PARK S DRIVE
NASHVILLE TN 37211

MIKLAR, LLC
1411 BOSCOBEL ST
NASHVILLE TN 37206

MOSELEY ASPHALT PAVING
1881 LONG HOLLOW PIKE
GALLATIN TN 37066

NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE TN 37246

NASHVILLE FIREPLACE
2140 EDWARD CURD LANE
FRANKLIN TN 37067

PIEDMONT NATURAL GAS
PO BOX 33068
CHARLOTTE NC 28233

SAFEGUARD FENCE & DECK
1715-K S. RUTHERFORD BLVD, #304
MURFREESBORO TN 37130

SANCHEZ CONSTRUCTION
2018 MILKY WAY
MURFREESBORO TN 37129

SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH STREET, SUITE 320
BIRMINGHAM AL 35203

SOBRO LAW GROUP
C/O ADAM LAFEVOR
101 LEA AVENUE
NASHVILLE TN 37210

TCI CONTRACTING OF NASHVILLE
309 DRIFTWOOD STREET
NASHVILLE TN 37210

THOMAS MCFARLAND
150 THIRD AVENUE SOUTH, SUITE 1700
NASHVILLE TN 37201

TIMOTHY H NICHOLS, ESQ.
1614 19TH AVE S
NASHVILLE TN 37212

TN DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

TRU-VISTA
124 FACTORY ST
GALLATIN TN 37066

U.S. SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

UNITED STATES ATTORNEY GENERAL
ATTN: PAMELA BONDI, ESQ.
DEPT OF JUSTICE, 950 PENNSYLVANIA AVENUE
WASHINGTON DC 20530

```
VALLEY INTERIOR PRODUCTS
350 HERMITAGE AVE
NASHVILLE TN 37210

WOLAVER & CARTER
C/O T. JAKE WOLAVER
809 SOUTH MAIN STREET, SUITE 100
COLUMBIA TN 38401
```